| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA<br>v.<br><br>WILLIAM JENSEN COTTRELL, | DOCKET NO.<br><br>MAR 8 2004<br><br>CENTRAL DISTRICT OF CALIFORNIA<br><br>MAGISTRATE'S CASE NO.<br>04-<br><br>04-0578M |
|---|---|

Complaint for violation of Title 21, United States Code §§ 844(n), 844(i)

| NAME OF MAGISTRATE JUDGE<br><br>CHARLES F. EICK | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br>August 22, 2003 | PLACE OF OFFENSE<br><br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about August 22, 2003, in Los Angeles County, within the Central
District of California, defendant WILLIAM JENSEN COTTRELL knowingly conspired
to maliciously damage or destroy, by means of fire, a building or vehicle
used in interstate commerce or any activity affecting interstate commerce, in
violation of 18 U.S.C. Sections 844 (n), 844(i).

LODGED   2004 MAR -8 PM 4:01

## BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>RICHARD D. SMITH |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - Federal Bureau of Investigations |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br><br>HONORABLE CHARLES F. EICK | ENTER ON ICMS<br><br>MAR 10 2004 | DATE<br><br>March 8, 2004 |
|---|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54

BROrjg      REC: DETENTION

## **AFFIDAVIT**

I, Richard D. Smith, being duly sworn, hereby state:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") assigned to the West Covina Resident Agency of the Los Angeles Division. I have been employed with the FBI as a Special Agent since May of 1999. As part of my duties, I have been assigned to investigate national security matters, to include Terrorism matters. In addition to the sixteen-week academy training, I have received numerous hours of training in the investigation of all crimes, including terrorism cases.

2. This affidavit is made in support of an arrest warrant for WILLIAM JENSEN COTTRELL for conspiring to maliciously damage or destroy by means of fire, a building or vehicle used in interstate commerce or any activity affecting interstate commerce, in violation of 18 U.S.C. §§ 844(n), 844(i) and maliciously damaging or destroying by means of fire, a building or vehicle used in interstate commerce or any activity affecting interstate commerce, in violation of 18 U.S.C. § 844(i).

### **ARSON AND VANDALISM INCIDENTS OF AUGUST 22, 2003**

3. On August 28, 2003, I reviewed Arcadia Police

1

Department report, from which I learned the following:

A.    On August 22, 2003, at approximately 2:00 a.m.,
eight Sport Utility Vehicles ("SUVs") at Rusnak
Mercedes, 55 W. Huntington Boulevard, Arcadia,
California, were reported to have been vandalized.

B.    The vehicles were spray painted with statements
which were written with red and blue paint which said:
"ELF", "TERRORIST", "I ♡ POLLUTION", "FUCK SUV'S",
"SUV = TERRORISM", and "KILLER."

4.  On August 23, 2003, I reviewed the color video
surveillance tape taken during the vandalism at the
Rusnak Mercedes dealership.  Two thin looking Caucasian
male individuals can be observed vandalizing by spray
painting numerous vehicles.  The males are described and
designated as follows:

A.    Male #1 is wearing a white short sleeved shirt,
light colored pants, a beanie style hat or headband,
and has a dark object in his left rear pocket.

B.    Male #2 is wearing a long sleeved shirt, possibly
green in color, blue jeans, and a two-tone cap (dark
and white) with a bill.

5.  On August 28, 2003, I reviewed a Monrovia Police

2

Department report, from which I learned the following:

A.    On August 22, 2003, at approximately 2:20 a.m., a
2002 Toyota Tundra was vandalized at 513 W. Lime
Avenue, Monrovia, California 91016.    Both driver's side
windows were broken out and a blue spray painted "C"
was on the driver's side rear window.    Two male
individuals wearing dark clothing, possibly with shaved
heads, were seen running away from the vandalized
vehicle and entering a red compact vehicle.

6.  On August 28, 2003, I reviewed a Monrovia Police
Department report, from which I learned the following:

A.    On August 22, 2003, at approximately 2:50 a.m.,
three vehicles were vandalized, and one of the three
was burned due to the placement of an incendiary device
in the vehicle, at private residences in the area of
1408 S. Magnolia Avenue, Monrovia, California 91016.

    i.    The first vehicle was a 1998 Ford Expedition.
    On the hood of the vehicle in blue spray paint was
    the wording "POLLUTER", and on the drivers side
    middle window was "ELF".  Written in red spray
    paint on the rear driver's window was a happy
    face.    The middle passenger's side window was
    broken out and the interior was burned.    Recovered

3

inside the vehicle was a "Molson Golden" beer
bottle, containing residual flammable accelerant,
which appeared to be part of the "Molotov
Cocktail" incendiary device used to start the
fire.

ii.   The second vehicle was a 1999 Chevrolet
Suburban.  On the rear driver's side of the
vehicle, in red spray paint, were the letters
"ELF." On the driver's side of the vehicle, in
blue spray paint, was the wording, "GAS
GUZZLER."

iii.   The third vehicle was a 1996 Honda Passport.
On the driver's side window, in red spray
paint, were the letters "ELF."  On the rear
driver's side window, in red spray paint, was the
letter "A" with a circle around it.  On the
passenger's side, in blue spray paint, was the
word "POLLUTER."

7.   On August 23, 2003, I spoke with Bureau of Alcohol,
Tobacco, Firearms, and Explosives ("BATFE") SA Michael
Hidalgo who told me the following:

A.   At the arson which occurred to one of the three
vehicles parked near 1408 S. Magnolia Avenue, Monrovia,

4

California 91016, the Ford Expedition, a "wick" for the incendiary device was discovered. The "wick" for the incendiary device appeared to be a piece of cloth from a torn white t-shirt.

8. On August 28, 2003, I reviewed a Los Angeles Sheriff's Department, Temple station report, from which I learned the following:

A. On August 22, 2003, at approximately 3:30 a.m., twenty-two (22) vehicles were vandalized at Advantage Lincoln, Mercury, Ford dealership (hereafter referred as Advantage Ford), 1031 Central Ave, Duarte, California 91010. Twenty-one (21) of the vandalized vehicles were Sport Utility Vehicles, and one (1) was a large truck. The investigating detectives reviewed the color surveillance video at the dealership. The detectives reported that the video depicts a red vehicle driving by the location at 03:18 a.m. and at 03:24 a.m. Captured on video at 03:35 a.m., the detectives observed possibly as many as three unknown males spray painting vehicles. The following words or symbols were repeatedly spray painted, in either red or blue spray paint, randomly on the vandalized vehicles: "FUCK SUV'S", "POLLUTOR", "☺", "I ♡ POLLUTION", "ELF",

5

"DESTROYER", "SUV'S SUCK", "SUV'S SUCK HI", "CLEAN",
"AIR", "KILLER", "SMOG MACHINE", "GAS GUZZLER, ELF",
and "POLLUTER ELF."

B.   On August 22, 2003, at approximately 3:30 a.m.,
twenty-seven (27) vehicles were vandalized at Duarte
Mitsubishi, 1125 Central Ave, Duarte, California 91010.
Twenty-six (26) of the vandalized vehicles were Sport
Utility Vehicles, and one (1) was a Nissan Quest Van.
The following words or symbols were repeatedly spray
painted, in either red or blue spray paint, randomly on
the vandalized vehicles: "SUV = TERRORISM", "☺", "I ♡
POLLUTION", "ELF", "POLLUTION ELF", "NO!", "HI",
"POLLUTER", "$e^i + 1 = 0$", "POLLUTION", "KILLER", and
"GAS GUZZLER."

9.   On August 22, 2003, I responded to the scene of an
arson at Clippinger Hummer at 1900 East Garvey South,
West Covina, California 91791, and reviewed reports,
spoke to witnesses, viewed evidence, spoke with other
investigators and learned the following:

   A.   On August 22, 2003, at approximately 4:30 a.m.,
   approximately seventy-two (72) vehicles at the
   Clippinger Hummer dealership located at 1900 East
   Garvey Avenue South, West Covina, California 91791,

6

were damaged by a combination of fire and graffiti.

B.   West Covina Fire Department and BATFE arson investigators identified eight points of origin for the various vehicular fires. An office building associated with the dealership caught fire as a result of the vehicle fires. The structure and its contents were destroyed.

C.   The Arson investigators, including BATFE SA Michael Hidalgo, identified "Molotov" style incendiary devices consisting of a what appeared to be a non-petroleum based flammable accelerant in Corona beer bottles.

D.   On August 22, 2003, I spoke with SA Stanley R. Snock, the initial FBI investigator to arrive at the West Covina Hummer dealership, who told me the following:

   i.   Multiple SUVs at the Clippinger Hummer dealership were marked in a combination of red, blue, and white paint with "ELF."

   ii.   I subsequently learned from SA Snock that the graffiti markings at the Clippinger dealership were similar, and in many cases

7

appear to be identical, to the graffiti
markings discovered on the vandalized vehicles
at the Rusnak dealership, and the Advantage
Ford and Mitsubishi dealerships.

10. On September 02, 2003, I received a copy of the West
Covina Police Department's crime scene photographs from
Clippinger Hummer at 1900 East Garvey Avenue South, West
Covina, California 91791. The following words or symbols
were repeatedly spray painted, in either red, blue, or
white spray paint, randomly on the vandalized vehicles:
"SUV = TERRORISM", "I ♡ POLLUTION", "ELF", "I ♡ POLLUTION
E.L.F.", "elf", "NO", "MORE", "FAT; LAZY; AMERICANS",
"KILLER OF THE EARTH ELF", "YOU FUCK", "FUCK HUMMER",
"FUCK SUV", "GREEDY LITTLE PIG", "EARTH MURDER", "POLLUTE
LOVER YOU FUCK", "BIGGEST ASHAME", "AMERICAN
WASTEFULLNESS", "IS YOUR PENIS REALLY THAT SMALL",
"DESTROYER", "NO RESPECT TO EARTH ELF", and "SHAME."

11. On September 02, 2003, SA Alba told me the
following, after he spoke with Ziad Alhassen, the owner
of Clippinger Hummer:

A. The Clippinger Hummer dealership purchases its
vehicles from the General Motors Corporation located
at 13200 McKinley Highway, Mishawaka, Indiana and

8

the cars are shipped interstate to California from
Indiana.

B.   Clippinger Hummer is engaged exclusively in
commercial activities and that the building
associated with Clippinger Hummer was used to
further those commercial activities.

## EARTH LIBERATION FRONT CLAIM OF RESPONSIBILITY

12.   On August 22, 2003, I spoke to SA Peter A.
Taglioretti who told me the following:

A.   On August 22, 2003, at approximately 10:00
a.m., KFWB, a local radio station, reported
receiving an e-mail from the Earth Liberation Front
("ELF") stating that the fire and vandalism
incidents occurring overnight were ELF acts, but
they do not know who was responsible. A copy of the
e-mail was forwarded to SA Taglioretti by KFWB.  The
e-mail from Earth Liberation Front Press Office at
e-mail address, elfpress@resist.ca stated, "The
Earth Liberation Front is an underground
international organization that uses direct action
in the form of economic sabotage to stop the
destruction of the natural environment." The e-mail
also stated, "Since 1997, the ELF in North America

9

has caused over $100 million in damages to entities
who profit from the destruction of life and the
planet."

## ELF ORGANIZATION AND COMMUNICATION

13. On September 10, 2003, I spoke with Federal Bureau
of Investigation Intelligence Operations Specialist
("OS") Michael A. Dorn, who told me the following:

A. OS Dorn is assigned to a Domestic Terrorism
investigation squad, and routinely provides analysis
of terrorism related investigations. As part of his
duties, OS Dorn reviews publicly available
information on militant, environmental, animal
liberation, and anarchist groups that advocate or
perpetrate illegal actions. He has been assigned to
his position for approximately 16 years.

B. The ELF movement recognizes, supports and
publicizes illegal autonomous actions conducted in
the name of ELF, through announcements to the
www.earthliberationfront.com web site. In a
statement dated August 22, 2003, the web site
announced that ELF activists had conducted actions
at the following locations: Arcadia, California -
Rusnak Mercedes Benz; Duarte, California - Duarte

10

Mitsubishi; and West Covina, California, at "a GM auto-dealership, destroying and damaging several SUVS including several Hummer H2s."

C.   Review of the www.earthliberationfront.com introductory homepage determined that on or about September 7, 2003, its content was modified to include a photograph depicting a burned Humvee (Hummer) vehicle at Clippinger Hummer in West Covina, California, along with the phrase "Every Night is Earth Night!"

D.   ELF routinely posts announcements, activities, and events on their web sites.   Because the membership of organizations like ELF tends to be very fluid and has a propensity for moving around, and use of the Internet for information distribution is customary, it can be expected that communication between various ELF associates would also occur via this method, including through e-mail messages.

## THE ARREST OF JOSHUA THOMAS CONNOLE

14.   On September 12, 2003, JOSHUA THOMAS CONNOLE was arrested, and subsequently released three days later, by the West Covina Police Department for his role in the ELF vandalism incidents and arson on August 22, 2003.

11

Connole was arrested because, among other things, an FBI
Special Agent formed the opinion, based upon his training
and experience, that he resembled the person depicted on
the surveillance videotape. In addition, a bloodhound
trained in detecting human scents, was presented with a
scent pad taken from the lighter found at Clippinger
Hummer on August 22, 2003. After sniffing thescent pad
from the lighter, the bloodhound alerted to a place where
Connole had recently been, and tracked Connole's exact
path back to his residence, thus signaling that the two
scents matched.

15. On September 12, 2003, SA Stanley R. Snock told me
the following after he and West Covina Police Detective
Donald R. Preston interviewed CONNOLE subsequent to his
arrest:

A.   CONNOLE denied involvement in the ELF arson and
vandalism incidents of August 22, 2003.   CONNOLE
denied having ever heard about the Earth Liberation
Front or ELF.   CONNOLE denied having knowledge of
the location, or ever having been to the city of
West Covina.

16. On October 07, 2003, I attended an interview with
CONNOLE and his attorney.  CONNOLE again denied having
participated in arson and vandalism incidents of August

12

22, 2003 and provided specific information as to his location on August 21-22, 2003, which was not provided during his previous interviews.

## USE OF CALTECH EMAIL ACCOUNT

17. On September 18 and 22, 2003, I spoke with Jay Walters, Senior Systems Administrator for California Institute of Technology (CalTech), who told me the following:

   A. All computers at CalTech that have outside Internet connections have there own dedicated IP address. Therefore, any IP address identified coming back to CalTech can be linked to a particular computer.

   B. On September 18, 2003, Walters was contacted by Media Relations who stated they had a Los Angeles Times reporter present who was writing a story connected with the recent ELF incidents and an e-mail which had been sent to the Times office on September 16, 2003, from IP address 131.215.225.106. Media then asked Walters to determine if IP address 131.215.225.106 was assigned to a computer at CalTech. Walters confirmed that the computer that IP address was associated with was within the

13

CalTech library.

C. Walters searched the corresponding computer
and identified that it had been used by one generic
and nine registered accounts on that day. Walters
first looked at the generic account and saw an e-
mail document which was still in the "cache memory"
addressed to the LA Times reporter Steve Hymon, e-
mail address Steve.Hymon@latimes.com, from "Tony
Marsden," with e-mail account

tonymarsden1234@hotmail.com. After reviewing the e-
mail document and seeing statements taking
responsibility for the ELF arson and vandalism,
Walters contacted the CalTech police chief.

18. On September 19, 2003, I received a copy of the
above referenced e-mail from Walters, which is summarized
as follows:

A. "Hello, thanks for getting back to me so soon.
To answer Jessica's question, no the police have not
been e-mailed. I would rather [let] them read about
it in the newspaper so that they don't have a chance
to quietly release Josh without suffering the much
warranted embarrassment they deserve." The writer
than added, "There have been few arrest[s] (see ELF
homepage) but none of the major players have gone

14

down. As to the Vail or San Diego fires, I'd rather
not confirm or deny anything. Each ELF action is
completely independent. If I get arrested, I'd
rather not be convicted for any more than necessary,
and this is most assuredly not a safe connection."
The e-mail was signed, "Tony."

19. On September 19, 2003, I again spoke with Jay
Walters, Senior Systems Administrator for CalTech, who
told me the following:

A. Walters conducted a search of many of the other
computers in the library for usage by the same
generic login, and discovered five additional
computers which the writer had used. On one of
these computers, Walters located what appeared to be
an earlier letter to the LA Times dated September
15, 2003, @ 03:21 p.m., to the LA Times reporter
Steve Hymon, e-mail address Steve.Hymon@latimes.com,
from "Tony Marsden," with e-mail account
tonymarsden1234@hotmail.com.

B. Walters provided me with a copy of this e-mail,
and it is summarized as follows:

i. "Hello, The police have the wrong man here
- I was amongst those responsible for the SUV

15

attacks. As proof, I'm sure the police will confirm that the equation $'e^{i*pi} + 1 = 0'$ was written on one of the SUV's - hence the desire for Josh's math transcripts. Actually, we wrote that just in case something like this happened." With respect to the arrest of Josh Connole the writer stated, "He doesn't even look like the image on the surveillance cameras - I am much better looking, and my hair and beard are much shorter." The e-mail added, "We left plenty of clues, none of them pointing to Josh. The FBI hasn't seemed to pick up on any of them, which makes this whole ordeal rather boring for us, the true culprits." The e-mail is signed, "Tony."

C. The FBI Computer Access and Recovery Team (CART), in the presence of SA Snock, imaged the above identified five computer hard-drives from the Fairchild Library hard-drives. At that time, the FBI did not search the hard-drives.

20. On September 29, 2003, in response to a search warrant approved by the Honorable Fernando M. Olguin, United States Magistrate Judge, Central District of California, Microsoft Network HOTMAIL provided the

16

following information:

A. The e-mail account tonymarsden1234@hotmail.com was created on August 25, 2003, at 13:53:49, from IP address 65.54.228.51. The individual identified him/herself as "Tony Marsden" with no address, and a birth year of 1978.

B. An IP History Log was provided which demonstrated usage from both CalTech and Pasadena City College (PCC) computers from the dates of August 25, 2003 (date of account creation) through September 17, 2003. There is one additional entry on September 23, 2003, identified as coming from Berkeley, CA. The IP log for CalTech associated IP addresses is as follows:

    i. 131.215.225.110 on 08/25/2003 @ 13:53:59.

    ii. 131.215.104.4 on 08/25/2003 @ 17:37:26.

    iii. 131.215.225.110 on 08/31/2003 @ 18:44:24.

    iv. 131.215.225.110 on 09/01/2003 @ 13:19:57.

    v. 131.215.226.101 on 09/04/2003 @ 19:49:47.

    vi. 131.215.225.110 on 09/07/2003 @ 19:17:11.

    vii. 131.215.225.110 on 09/15/2003 @ 20:59:46.

    viii. 131.215.225.113 on 09/16/2003

17

@ 18:04:52.

ix.   131.215.225.106 on 09/17/2003 @ 14:29:59.

x.   131.215.225.106 on 09/17/2003 @ 16:02:02.

xi.   131.215.225.106 on 09/17/2003 @ 17:06:58.

C.   E-mail content was provided revealing five
separate e-mails sent from "TONY MARSDEN" to the Los
Angeles Times.   The e-mails are summarized as
follows:

   i.   On September 10, 2003, a response is sent
   to the tonymarsden1234@hotmail.com account from
   salish.resist.ca.   The e-mail noted the
   original arrival time from the requester was
   received: 10 Sep 2003 08:23:32.0325 (UTC).   UTC
   is Greenwich Mean Time, which is seven hours
   ahead of Pacific Standard Time.   This e-mail
   stated, "We have received a request from
   131.215.104.4 for a subscription of your e-mail
   address, 'tonymarsden1234@hotmail.com', to the
   security-news@lists.resist.ca mailing list."
   (Note: The ELF website is

   www.earthliberationfront@resist.ca).

   ii.   The first e-mail to the LA Times was
   previously summarized in paragraph "19",

18

section "B", sub "I".

iii. The second e-mail was sent September 16,
2003, at 19:16:19.0557 (UTC), from Marsden at
www.tonymarsden1234@hotmail.com, to Jessica
Garrison and Steve Hymon at the LA Times. The
e-mail stated: the author had not e-mailed his
claim of responsibility to the police, saying,
"I would rather [let] them read about it in the
paper so that they don't have a chance to
quietly release Josh without suffering any of
the much warranted embarrassment they deserve."
Marsden stated, "I think the FBI is incredibly
frustrated, and embarrassed with 7 years of
failure. There have been a few arrest (see ELF
homepage) but none of the major players have
gone down. As to the Vail or San Diego fires,
I'd rather not confirm or deny anything." With
respect to ELF actions, Marsden stated, "...the
more actions like this that take place, the
more people I find coming out of the woodwork
supporting our cause. Just last week, there
were two attacks in New Mexico (one vandalism,
and the other bumper stickering), and my cell
has just found ten new members, all of whom

19

seem to be the most nice clean cut Republicans with rich fathers imaginable." With respect to being arrested, "If I get arrested, I'd rather not be convicted for any more than necessary, and this most assuredly is not a safe connection." With respect to his ELF affiliation Marsden states, "We support destruction of property as a means of bringing attention to important issues, and to directly hurt the profits of those who gain wealth at the expense of all others living on this planet." With respect to the choice of Euler's formula, "No particular reason, it's just pretty."

iv. The third e-mail was sent September 17, 2003, at 4:27 p.m., from Marsden at www.tonymarsden1234@hotmail.com, to Jessica Garrison at the LA Times. The e-mail stated: "I have a few security request: 1. It would be better to not mention anywhere in particular where I've lived,... 2. Leave out mention of the Nash Embedding Theorem. 3. Please include mention of actions taken in New Mexico over the last few weeks, but I'd rather have any

20

specifics which I have mentioned removed. For instance, my explanation of the message 'This SUV supports terrorism'." Marsden then provided approximately one page of statistics on the problems with SUVs. In his closing lines Marsden stated, "Go talk to any researcher in the environmental science department at UCLA, USC, CALTECH, or any other decent university and they will agree."

v. The forth e-mail was sent on September 24, 2003, at 01:49:16 GMT, from Marsden at www.tonymarsden1234@hotmail.com, to Jessica Garrison at the Los Angeles Times. In this e-mail Marsden stated, "Nice article, although I'd like to have seen some of the stats make it in. I hear that the FBI raided Cal-tech computer systems. . . very predictable. Next e-mail will come from the Vatican. Tony." (The IP address associated with this e-mail, 63.205.91.226, is associated with the Berkeley public library system).

21. On October 03, 2003, the CalTech General Counsel office provided me requested information corresponding to the login history of access to the

21

www.tonymarsden1234@hotmail.com account, which revealed
the following information:

A. On September 04, 2003 at 19:49:47, at IP address
131.215.226.101, which is a computer located in the
CalTech Milliken library, a person using WILLIAM
COTTRELL's assigned login and password was logged
onto the computer. COTTRELL is a graduate student
in the Physics department.

B. In order to gain admittance into the Milliken or
Fairchild Libraries after hours, a student or
faculty member must scan their personally assigned
CalTech access card. Based on this, CalTech
provided the access card log for COTTRELL. In
addition, CalTech informed me that the card swipe
data had been lost late on September 15, 2003,
through September 17, 2003.

22. On October 03, 2003, I compared the known login
times from CalTech library computers to the
www.tonymarsden1234@hotmail.com e-mail account. This
comparison found that on all of the occasions in which an
access card swipe was required to gain access to the
libraries (for which data was available (four)),
COTTRELL'S personal access card was used to enter the
libraries within five to eight minutes before the

22

www.tonymarsden1234@hotmail.com account was accessed. It
was confirmed that COTTRELL had not reported that his
access card was lost or stolen.

23. Between the dates of September 18 and October 6,
2003, the FBI received seven surveillance video tapes
from Gregg H. Henderson, Chief, Campus Security and
Parking Services for California Technical Institute.
These tapes correspond with seven of the eight days
which the www.tonymarsden1234@hotmail.com account was
accessed from the CalTech computers. One tape had been
taped over prior to being requested for by the FBI.

24. In multiple conversations between September 18 and
October 6, 2003, I spoke with Gregg H. Henderson, Chief,
Campus Security and Parking Services for California
Technical Institute, who told me the following:

    A. The surveillance cameras cover only one of
    three entrances at the Fairchild library, and none
    at the Milliken library.

    B. The dates on the outer label of the video tape
    accurately reflect the day of the video tape
    recording. For example, the tape labeled "Day 17"
    is used for the 17th day of every month. These
    tapes are reused on a monthly basis, every month.

23

C. The dates reflected on the video tape as it is played does not accurately reflect the date of the taping, however the time sequence recorded on the video tape is reflected accurately.

25. On October 08, 2003, I spoke with SA Robert J. Webster who told me the following:

A. SA Webster viewed all of the video tapes around the times of the known logins to the www.tonymarsden1234@hotmail.com account from the CalTech computers, and found that on the video tape identified as "Day 17" an individual who resembles COTTRELL is seen entering a few minutes before logging into his personal telnet account, and logging into the www.tonymarsden1234@hotmail.com account.

26. On October 06, 2003, CalTech Deputy Director of ITS, Bob Logan, provided to the government the personal "telnet" logins for WILLIAM COTTRELL's computer student access into the CalTech system. SA Snock and I compared the telnet logins to the known logins for the www.tonymarsden1234@hotmail.com account and learned the following:

A. On six occasions an individual, using COTTRELL'S

24

student computer account, was logged onto a CalTech
computer within seconds to a few minutes of the same
computer being utilized to access the
www.tonymarsden1234@hotmail.com account.

B. On five occasions COTTRELL's student account was
logged onto at a CalTech computer when the same
computer concurrently was being used to access the
www.tonymarsden1234@hotmail.com account using the
previously identified generic access login name and
password.

27. On October 07, 2003, I received an e-mail from Gregg
H. Henderson, Chief, Campus Security and Parking Services
for California Technical Institute. This e-mail included
the following statement from Henderson concerning
COTTRELL's CalTech access card, "According to our
records, the card is issue number "1" and was issued on
8/2/02. The fact that the card is issue "1" indicates
that the card is the original and only card ever issued
to the individual. The issue number changes each time
the card is replaced and is subsequently documented in
the Card Office database."

28. On October 17, 2003, the Honorable Paul Game, Jr.,
United States Magistrate Judge for the Central District
of California, approved a federal search warrant for the

25

e-mail accounts cottrell@its.caltech.edu and cottrell@caltech.edu, both of which are maintained at CalTech. This warrant was served and the results were obtained on October 20, 2003. A review of these e-mails, incoming and outgoing, revealed the following:

A. On August 02, 2003, a reply e-mail was sent from Jesse Bloom at bloom@its.caltech.edu to cottrell@its.caltech.edu. COTTRELL's original e-mail, written on August 02, 2003, read as follows:

i. "Howdy, Me and some unnamed co-conspirators of mine are trying to round up some money for the purchase of some five thousand bumper stickers which shall read: 'My SUV supports terrorism.' We need about two hundred dollars, but would be happy to take whatever we can get." Later, the email states, "The point is not so much that the gas guzzling obnoxious monstrosities known as SUVs support terrorism by adding to our dependance on oil, and thereby funding terrorist countries, rather that the SUV is a symbol of *American wastefulness* which to a large extent is why terrorist might want to target us." He later adds, *"While innocent life will never be harmed in any action we*

26

*undertake, where it is necessary, we will no longer hesitate to pick up the gun to implement justice, and provide needed protection for our planet that decades of legal battles, pleading, protest and economic sabotage have failed so drastically to achieve. ELF."* (Note: In the September 16, 2003, e-mail from the tonymarsden1234@hotmail.com account to the LA Times, Marsden refers to recent ELF acts in New Mexico to include "bumper stickering.").

ii. As a response, bloom@its.caltech.edu stated, "Small amounts of free bumper stickers, http://guerillastickers.com. Websites I found on the topic of bumpering SUVs."

iii. daven@its.caltech.edu responded to the same e-mail from cottrell@its.caltech.edu. stating, "I'm in, give me 200, how easy will it be to trace the origin of these stickers? Daven."

iv. feldman@its.caltech.edu responded to the same e-mail from cottrell@its.caltech.edu. stating, "Nice man .... I could part with some green for that cause. I don't exactly have an

27

SUV to put a sticker on, but I know of an H2

that's on my running route to the rose bowl.

Good Times! Dan Feldman."

B. On August 22, 2003, at 10:27 AM, the day of the

ELF vandalism incident, cottrell@its.caltech.edu

sent an email to bloom@its.caltech.edu,

stating, "Hey, at the risk of sounding overly

paranoid, please don't tell Janie about this. I

don't distrust her, but the fewer who know the

better. Also, if anyone asks you, just

tell them the stickers never came. Also,

erase this e-mail. Billy."

C. On August 22, 2003, feldman@its.caltech.edu,

sent COTTRELL an e-mail stating, "Did you read the

article about the hummers?" Additional information

was then provided on how to log on to a Los Angeles

Times web site. Then the email asks if there is an

update on the bumper stickers.

D. On August 24, 2003, at 11:49 PM,

cottrell@its.caltech.edu responded to the above

referenced e-mail by stating, "I've been gone the

last two days, and I just heard about this a few

minutes ago. Personally, I'm a fan but I wouldn't

say that too loudly. The stickers got here on

28

Friday, but maybe we should hold off on placing them
for a few weeks. Billy."

E. On September 7, 2003, at 2:40 PM,
cottrell@its.caltech.edu sent an e-mail to
daven@its.caltech.edu, gagnon@caltech.edu,
feldman@its.caltech.edu, fisher@its.caltech.edu,
jacobs@its.caltech.edu, seah@its.caltech.edu,
jasper@its.caltech.edu, and mgiron@its.caltech.edu,
concerning the subject of "Stickers." The e-mail
states "Yo dogs, Come Wed, we be rolling. Who's in,
and who's just a big weany . . . (yes Alex, that was
for you). I have approximately one thousand
stickers that would like to find their way to
appropriate SUVs on the night of September 10. I'm
sure Daven, Dan and I can make a good dent into this
project, but we need help! Email me if your in, and
we can discuss more detailed plans Tue or Wed. The
basic idea is to drive to some area of high SUV
density, for example, anywhere in LA, and pretend to
be runners, while leaving our little beacons of
wisdom on every SUV we pass. Of course this leaves
many details open. Alright, hope to hear from you.
Billy."

F. On September 16, 2003, at 12:36 PM,

29

cottrell@its.caltech.edu sent an e-mail to Sarah

Lyon at lyonsv@hotmail.com. The e-mail says

"Alright, I gotta go prep for an interview with the

LA Times. I'll tell you about it later."

G. On September 16, 2003, at 8:09 PM, Paul Jones at

enviro_friend2000@hotmail.com sent

cottrell@its.caltech.edu an e-mail which contained

three pages of statistics concerning SUVs.

H. On September 17, 2003, at 5:24 PM,

cottrell@its.caltech.edu sent an e-mail to Adeline

Seah at seah@caltech.edu. The writer tells her "I

just realized that I never swore you to secrecy

about all the stuff I told you yesterday (Although I

do have some collateral. . .). Anyway, just got out

of another interview, she said that it would be in

the paper tomorrow." There is a response at 6:18

PM, stating "what collateral? = P."

29. On October 21, 2003, SA Stanley R. Snock reviewed e-

mails obtained as part of the search warrant on the

cottrell@its.caltech.edu and cottrell@caltech.edu e-mail

accounts, and told me the following:

A. On one of the Clippinger Hummer SUV's vandalized

on August 22, 2003, there was graffiti stating

30

"American Wastefullness." These same words were
sent by COTTRELL's email account, dated August 02,
2003,referenced above in paragraph "28", section
"A", item "i".

B.  On August 22, 2003, at the vandalism locations,
there were vehicles that were marked with graffiti
stating, "SUV = Terrorism." Similar words to this,
"My SUV Supports Terrorism", were sent by COTTRELL's
email account as the statement to be on the bumper
stickers, dated August 02, 2003, referenced above in
paragraph "28", section "A", item "i".

C.  In an e-mail referenced above in paragraph "28",
section "G", cottrell@its.caltech.edu received "SUV
statistics" from Paul Jones at

enviro_friend2000@hotmail.com.  These statistics, in
the same verbatim order as presented in the e-mail
from Jones, were contained in the e-mail sent by
tonymarsden1234@hotmail.com, on September 17,

2003, at 4:27 PM, to Jessica.Garrison@latimes.com.
As listed in the previously listed IP log from
Hotmail, this particular e-mail was sent from IP
131.215.225.106, a CalTech computer.  This computer
was logged onto at 4:00 PM, September 17, 2003, by
an individual utilizing the cottrell@its.caltech.edu

31

logon.  Additionally, an individual resembling
COTTRELL was captured on video surveillance tape
entering the Fairchild Engineering Library, which is
where the computer associated with IP
131.215.225.106 is located, at 3:58 PM, September
17, 2003.

30.  On October 22, 2003, Stanley R. Snock told me the
following:

A.  Adeline Shu Ping Seah, is a graduate student,
majoring in Biology, at the California Institute of
Technology (CalTech).  Seah is the registered owner
of a 2002 black Audi, California license 4YOD716,
registered at the address of 330 S. Mentor Avenue,
Apartment 108, Pasadena, California 91106.  This
vehicle has been observed parked adjacent to 93-95
S. Berkeley Avenue, Pasadena, California, which is
where COTTRELL's vehicle (a red Toyota Camry,
California license 5CAD821) has been located
frequently since a  tracking device was placed
inside of his vehicle.   On October 20, 2003,
COTTRELL was observed leaving the 93-95 S. Berkeley
Avenue duplex at approximately 10:20 AM.  Based upon
COTTRELL's frequent overnight stays at this
location, it was believed, and later confirmed

32

during interviews conducted on January 23, 2004,

that Seah is his girlfriend.

31. On October 24, 2003, I was contacted via facsimile

by Brad Cundick at MSN Hotmail, who told me the

following:

    A. WILLIAM COTTRELL activated a HOTMAIL e-mail

    account on June 24, 2003. His e-mail

    account/address name is cottrell235@hotmail.com.

    COTTRELL reported his state as California, zip code

    of 91107, and date of birth as 1980.

    B. Internet Provider access account logs reflect

    usage as recent as October 17, 2003.

32. On October 27, 2003, I spoke with Robert S. Logan,

CalTech Information Technology Systems (ITS)

Administrator, who told me the following:

    A. Each CalTech student, staff member, postdoctoral

    scholar, and faculty member is assigned an ITS

    account. As part of this account, all users are

    assigned both a username@its.caltech.edu and

    username@caltech.edu accounts. For the ITS account

    each user is assigned an ITS e-mail account which

    will be less than eight characters, and usually

    consisting of their last name as the username (e.g.,

33

lastname@its.caltech.edu).  The other account is
defaulted as the same username as in the ITS e-mail
account, but can be customized by the user to
reflect a different user name (e.g.,

"first.last@caltech.edu").

33.  On October 31, 2003, the Honorable Magistrate Judge
Paul Game, Jr., approved an affidavit for twenty-one (21)
e-mail accounts at CalTech.  The results of these search
warrants is as follows:

A.  On August 02, 2003, at 15:15:32 -0700 (PDT), in
an e-mail from Jesse Bloom at bloom@its.caltech.edu,
to Michael Connell at mjconnel@pacbell.net, Bloom
wrote, "Hi.  I had a legal-type question.  Do you
know the law, or do you know where one could find
the law, about the legality of placing
bumper stickers or flyers on somebody else's
vehicle?  --Jesse".  Connell replied, "I don't know
the specific law, but I am sure that a person is not
entitled to put a bumper sticker on someone else's
car.  That irrespective of the message".

B.  On September 7 - 10, 2003, in a series of reply
e-mails following the "bumper stickering' e-mail
referred to in paragraph "28", section "E", captured
on the e-mail account mgiron@its.caltech.edu,

34

between Michelle Giron and William J. Cottrell,

Cottrell first wrote, "Terrible news my friends.  As

I pulled out the stickers to admire them before the

big night, I realized that terrorism was spelled

'terriorism'.  I'd be embarrassed to place these on

anything.  I'll have this fixed, and I might call

upon your help in the near future.  Over and out,

Billy".  Giron replied, "how could you do that?".

34.  On January 22, 2004, the Honorable Magistrate Judge

Jeffrey W. Johnson approved search warrants for four

computers associated with CalTech students, and for the

two vehicles and residences each associated with COTTRELL

and SEAH.  These warrants were served on January 23,

2004.

    A.  As a result of the search warrants a total of

    six computers were recovered.  These computers, as

    well as a Linux operating system hard-drive

    recovered earlier, from CalTech were sent to an FBI

    off-site in Maryland, which is operated by the FBI's

    Electronic Research Facility in Quantico, Virginia.

    Analysis of these computers was completed, and they

    confirmed the receipt of the previously described

    bumper stickering e-mails.  No new evidentiary

    information was recovered.

35. On January 23, 2004, I participated in a joint, non-custodial interview of COTTRELL, who made the following statements:

A. COTTRELL denied having a Hotmail account, denied having contacted any reporters, denied being part of an environmental group, had never given out his e-mail account passwords or let someone else use his CalTech access card, or has ever participated in illegal activities.

B. COTTRELL was subsequently advised of the evidence against him in this matter, and informed he was being "offered" the opportunity to give his side of the story. COTTRELL stated that he did not see that he was being offered anything by the government, and that he may need to "consult someone" before answering more.

C. The agents again explained that he was being offered this opportunity to tell his side of the story, and that if he was truthful and cooperative that the interviewing agents would pass that on to the United States Attorney's Office. However, nothing could be promised. COTTRELL responded that again he was not being offered anything, and that "hypothetically" if he was to take responsibility

36

for the arsons that he would not divulge who the
others were.  The agents agreed that he could tell
us what he knows concerning his involvement, and at
this time COTTRELL stated, "If I am going to make a
decision which can have such a great impact on my
life I better consult an attorney."  At this time
the interview was stopped.

36.  Subsequent to the interview of COTTRELL, and while
departing the Pasadena Police Department where the non-
custodial interview had been conducted, COTTRELL made the
following spontaneous statements:

A.  While at the second floor elevator COTTRELL
asked me, "What happens next?  Does it go to
trial?".  COTTRELL expressed that he was worried
about how this was going to affect his research.  I
explained that was why we (the FBI) did not arrest
him at this time.  He was being offered an
opportunity to explain what happened.  The agents
felt he was a good kid that made a mistake and he
was now being given the best opportunity to help
himself.  COTTRELL appeared confused so I attempted
to explain via the following example:  If an
individual is caught after stealing 20 cars, he
confesses to the crime and continues to help law

37

enforcement, they will often "plea" the charges down to a lesser amount because of his/her acceptance of responsibility and cooperation. COTTRELL responded, "In my case it was only ten." (Note: It was determined by BATFE and FBI investigators that there were nine points of origin for the fires, eight at the Hummer dealership and one private residence, plus there was a single "Molotov" from the Hummer dealership which failed to ignite. Therefore, ten devices had been used, but only nine ignited.)

37. On January 23, 2004, SEAH was interviewed by the FBI and a West Covina Police Detective. SA Alba, who participated in this interview, told me the following:

A. SEAH provided a personally written statement of her knowledge to the interviewers. The written statement is summarized as follows: "I'm Seah Shu Ping Adeline. My date of birth is 9 May 1978. I have voluntarily spoken to members of the FBI and the West Covina Police Department. The questions I have answered pertain to an investigation concerning the arson and graffiti of SUVs. These incidents occurred on August 22, 2003. I had been visiting in Singapore prior to this date. I returned on the 22nd. I have spoken to Billy Cottrell on numerous

38

occasions and he stated, 'I did it'. He spoke to me at CalTech cafeteria, my apartment at Mentor Ave, in my car & his car & other unrecalled specific occasions. I looked at four photographs shown to me by the FBI. In photograph #1, the person on the right reminds me of Billy. I initialed and dated the bottom of the photograph. I was not personally involved with the incident on August 22, 2003. I have told the truth as best I can recall. In my discussions with Billy, we joked a lot about the incident among other things. I never thought he did it." I am aware that SEAH later said that she believed COTTRELL was joking when he said "I did it."

B. SEAH identified that COTTRELL does have walkie talkies he keeps in his car for climbing.

C. SEAH stated that whoever did the vandalism did a good thing. She added that she wished she had done it. She later denied this statement.

D. SEAH was shown a surveillance photograph from Advantage Ford, depicting an individual wearing a white t-shirt and wrap-around dark sunglasses. SEAH stated words to the effect that it looked like Billy.

39

38.  Based upon the foregoing, I believe that there is
probable cause to believe that WILLIAM JENSEN COTTRELL
conspired to maliciously damage or destroy by means of
fire, a building or vehicle used in interstate commerce
or any activity affecting interstate commerce, in
violation of 18 U.S.C. §§ 844(n), 844(i) and maliciously
damaged or destroyed by means of fire, a building or
vehicle used in interstate commerce or any activity
affecting interstate commerce, in violation of 18 U.S.C.
§ 844(i).

Richard D. Smith
Special Agent - FBI

Subscribed and sworn to before
me this 8th day of March, 2004.

UNITED STATES MAGISTRATE JUDGE

40